United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15705-elf
Sara Jean Franco                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1              Date Rcvd: Oct 08, 2019
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db             +Sara Jean Franco,    205 Larchwood Road,    West Chester, PA 19382-7325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       SARA JEAN FRANCO,        :       Chapter 13
                                      :
             Debtor                   :       Bky. No.  19-15705 ELF

# O R D E R

**AND NOW, WHEREAS:**

A. The court having entered an order on **September 13, 2019** notifying the Debtor that she had not filed certain required documents and that the case would be dismissed if the documents were not filed by **September 26, 2019**;

B. **AND**, due to a clerical error, the **September 13, 2019** order having failed to advise the Debtor that she had not filed the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)

It is therefore **ORDERED** that:

1. The Debtor is **GRANTED** until **October 22, 2019** to file the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1).

2. If the required document is not filed by **October 22, 2019**, this case may be **DISMISSED** without further notice or hearing.

**Date: October 7, 2019**

                                                      _____
                                                      **ERIC L. FRANK**
                                                      **U.S. BANKRUPTCY JUDGE**

cc:  Sara Jean Franco
     205 Larchwood Road
     West Chester, PA 19382