**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       SARA JEAN FRANCO,            :       Chapter 13
                                          :
             Debtor                       :       Bky. No. 19-15705 ELF

**O R D E R**

**AND NOW, WHEREAS:**

A. The court having entered an order on **September 13, 2019** notifying the Debtor that she had not filed certain required documents and that the case would be dismissed if the documents were not filed by **September 26, 2019**;

B. **AND**, due to a clerical error, the **September 13, 2019** order having failed to advise the Debtor that she had not filed the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)

It is therefore **ORDERED** that:

1. The Debtor is **GRANTED** until **October 22, 2019** to file the Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1).

2. If the required document is not filed by **October 22, 2019**, this case may be **DISMISSED** without further notice or hearing.

Date: **October 7, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc: Sara Jean Franco
    205 Larchwood Road
    West Chester, PA 19382