# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15705-ELF

SARA JEAN FRANCO

205 LARCHWOOD ROAD

WEST CHESTER, PA 19382-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SARA JEAN FRANCO

    205 LARCHWOOD ROAD

    WEST CHESTER, PA 19382-

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

                                        /S/ William C. Miller

Date: 11/8/2019                             _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee