United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15705-elf
Sara Jean Franco                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2           Date Rcvd: Nov 27, 2019
                              Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db             +Sara Jean Franco,    205 Larchwood Road,    West Chester, PA 19382-7325
14428956        DITECH FINANCIAL LLC,    PO BOX 12740,    TEMPE, AZ 85284-0046
14387858       ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Seterus, Inc.,     P.O. Box 1047,    Hartford CT 06143)
14387857       +Shapiro & DeNardo,    3600 Horizon Drive,    Suite 150,    King of Prussia PA 19406-4702
14387856       +Specialized Loan Servicing,     8742 Lucent Blvd.,    Suite 300,    Highlands Ranch CO 80129-2386
14400970       +The Bank of NY Mellon,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14428978       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14429095       +Wilmington Savings Fund Society,    9990 Richmond Ave,    Suite 400 South,
                 Houston, TX 77042-4546
14395781       +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 28 2019 02:48:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2019 02:48:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 02:56:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14387859       +E-mail/Text: Diane@mvrlaw.com Nov 28 2019 02:48:09     Martha E. Von Rosenstiel, PC,
                 649 South Avenue,    Suite 7,    Secane PA 19018-3541
14392344        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 02:48:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14389563        E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 02:48:13
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14388155       +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 02:56:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as successor Et Al... bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: pdf900          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : | Chapter 13 |
| SARA JEAN FRANCO, : | |
| : | |
| Debtor(s) | |
| : | Bankruptcy No. 19-15705 ELF |

**ORDER**

AND NOW,  it is

1.*( **X** )  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )  ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*( )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: November 27, 2019**

Eric L. Frank
United States Bankruptcy Judge

*  Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm